FILED
June 21, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )   Case No. 2:07-mj-202 KJM
          Plaintiff,              )
                                  )   ORDER FOR RELEASE
v.                                )   OF PERSON IN CUSTODY
                                  )
Josef Johnson,                    )
                                  )
          Defendant.              )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Josef Johnson</u> Case <u>2:07-mj-202 KJM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of _____

    _X_ Unsecured bond in the amount of $100,000 cosigned by defendant's uncle.

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond secured by Real Property

    ___ Corporate Surety Bail Bond

    _X_ (Other)  <u>PTS conditions/supervision; release effective as soon as both defendant and his uncle sign the unsecured appearance bond.</u>

Issued at <u>Sacramento, CA</u> on <u>6/21/07</u> at <u>3:12 p.m.</u>

By _____
Kimberly J. Mueller,
United States Magistrate Judge